UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

TRE VON WOODARDS,

    Plaintiff,

v.                                                                          No. 1:19-CV-256-H-BU

DAVID GANNAWAY,

    Defendant.

### ORDER ACCEPTING REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Tre Von Woodards, proceeding pro se, filed this civil-rights complaint against David Gannaway on December 23, 2019. Dkt. No. 2. United States Magistrate Judge John R. Parker reviewed the complaint and submitted findings and conclusions to this Court. Dkt. No. 6. Judge Parker recommended that the Court summarily dismiss Woodards's complaint under 28 U.S.C. § 1915(e)(2)(B) because the complaint "fails to include any details regarding the allegations or state any request for relief." *Id.* at 1. Woodards filed purported objections to Judge Parker's findings and conclusions, alleging that Gannaway discriminated against him based on his religious practices. Dkt. No. 7 at 1. Because Woodards's filing does not contain any specific objections within the meaning of Federal Rule of Civil Procedure 72(b)(2), the Court need not review any part of Judge Parker's disposition de novo. *See* Fed. R. Civ. P. 72(b)(3).

The Court has examined the record and reviewed the findings, conclusions, and recommendation for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Woodards's complaint and the claims within it are dismissed without prejudice. All relief not expressly granted and any pending motions are denied.

So ordered on March 6, 2020.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE